# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129410 & (79)(83)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GREGORY PHILLIP KEITH,
      Defendant-Appellant.

SC: 129410
COA: 252187
Oakland CC: 03-190080-FH

_____/

On order of the Court, the motion for immediate consideration and the motion for miscellaneous relief are GRANTED. The application for leave to appeal the July 28, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

d1219